IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Rodriguez, Rafael | Case Number: 07 B 17617 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/5/08 | Filed: 9/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 23, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,200.00 |  |
| Secured: |  | 1,148.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,879.00 |
| Trustee Fee: |  | 172.80 |
| Other Funds: |  | 0.00 |
| Totals: | 3,200.00 | 3,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Daniel J Winter | Administrative | 1,879.00 | 1,879.00 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Legacy | Secured | 0.00 | 0.00 |
| 4. | Rescap Mortgage | Secured | 40,063.47 | 1,148.20 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 62,682.50 | 0.00 |
| 6. | Internal Revenue Service | Priority | 10,641.21 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 2,079.77 | 0.00 |
| 8. | 7536-42 West Rogers LLC | Unsecured | 22,509.18 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 25,620.61 | 0.00 |
| 10. | City Of Chicago | Unsecured | 3,030.72 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 686.22 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 720.75 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 636.66 | 0.00 |
| 14. | Lease Finance Group | Unsecured | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | Northwest Collectors | Unsecured | | No Claim Filed |
| 17. | State Collection Service | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 170,550.09 | $ 3,027.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 172.80 |
| | _____ |
| | $ 172.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rodriguez, Rafael | Case Number:  07 B 17617 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/5/08 | Filed:  9/27/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

